72,337-03,04

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 27 2015

Abel Acosta, Clerk

Richard Brown Jr.

#1387146

Court of Criminal Appeals of Texas        Michael unit.

P.O. Box 12308                            2664 F.M. 2054

Austin, Texas, 78711                      Tennessee Colony, Texas
                                                          75886

RE: REQUEST For Copy of MEDICAL Record AND FINDINGS of
FACTS. TR Cr. No. W06-62942S(B) WR-72,337-04.

DEAR, Mr. ACOSTA / CCA Clerk.        22 Apr 2015

I HAVE received the card thats you sent me, It's tell me that the Low court has answer the order that was issued by the court. But I still NEED them order OF THE FINDINGS and Facts, Medical record For MySelf. Would you please sent me the Copy, IS been since Apr 7 Seen you sent this card.

Thank you!

Richard Brown Jr.
Date: 4/20/15